Larry BRENEMAN and Tammi Loch–Eberhart and William Eberhart, h/w and Richard Breneman and Autumn Breneman, h/w and Brian Breneman and Stacy Kennedy and Matthew Kennedy, h/w and Brett A. Breneman, Petitioners

v.

STONEMOR OPERATING LLC, Stonemor Pennsylvania LLC, and Smith Wilbert Vault Inc., Respondents.

Supreme Court of Pennsylvania.

Nov. 5, 2009.

*ORDER*

PER CURIAM.

AND NOW, this 5th day of November, 2009, the Petition for Allowance of Appeal is GRANTED. The issue, reframed for clarity, is:

> Whether this Court should adopt Section 868 of the Restatement (Second) of Torts, permitting recovery for negligent infliction of emotional distress resulting from the mishandling of a family member's corpse?